DANIEL O. HASTINGS, as Trustee of STANDARD GAS AND ELECTRIC COMPANY, Appellant, *v.* H. M. BYLLESBY AND COMPANY et al., Defendants, and WALTER T. ROSEN et al., Copartners under the Firm Name of LADENBURG, THALMANN & Co., et al., Respondents.

Submitted October 6, 1941; decided October 16, 1941.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. The only question presented upon this appeal was the correctness of the order granting the motion to dismiss under rule 106 of the Rules of Civil Practice. (See 286 N. Y. 468.)